IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 6 2020

CLERK, U.S. DISTRICT COURT
By ___
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CR-51-Z-BR-1 |
| | § | |
| MANUEL SALDANA | § | |
| | § | |
|    Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

On January 22, 2020, the United States Magistrate Judge issued a Report and Recommendation

Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant

Manuel Saldana filed no objections to the Report and Recommendation within the fourteen-day period set

forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the

above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and

Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct.

Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court.

Accordingly, the Court hereby FINDS that the guilty plea of Defendant Manuel Saldana was knowingly

and voluntarily entered; ACCEPTS the guilty plea of Defendant Manuel Saldana; and ADJUDGES

Defendant Manuel Saldana guilty of Count One of the Superseding Information in violation of 21 U.S.C.

§§ 841(a)(1) and 841(b)(1)(C).  Sentence will be imposed in accordance with the Court's sentencing

scheduling order.

    **SO ORDERED**, February 6, 2020.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE